# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PAUL HENRY MELTON,

    Petitioner,

vs.

D. W. NEVEN, et al.,

    Respondents.

Case No. 2:12-cv-01791-JCM-NJK

**ORDER**

Respondents having filed a motion for enlargement of time (first request) (#8), and good cause appearing;

IT IS THEREFORE ORDERED that respondents shall have through March 15, 2013, to file and serve an answer or other response to the petition (#5).

DATED: March 15, 2013.

_____
JAMES C. MAHAN
United States District Judge